IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,         :

    Plaintiff,                    :       Case No. 3:16cr00046

vs.                                :       District Judge Walter Herbert Rice
                                                                        Chief Magistrate Judge Sharon L. Ovington

RICHARD C. WEBBER,                 :

    Defendant.                    :

## ORDER

This matter came before the Court for hearing on May 9, 2016 before Chief United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #8). Having conducted a full colloquy with Defendant Richard C. Webber, the Magistrate Judge concluded that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty as to Count One of the Information.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the findings by the United States Magistrate Judge, this Court adopts the findings and

recommendations of the United State Magistrate Judge, and finds that Defendant Richard C. Webber's guilty plea was knowing, voluntary, and intelligent. Final acceptance of Defendant's guilty plea is deferred pending review of the pre-sentence investigation report.

_____
Walter Herbert Rice
United States District Judge
